**Orlanda C. ROWE, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**WD 79800**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 3, 2017

Rosemary Percival, Kansas City, MO, Counsel for Appellant.

Gregory Barnes, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Alok Ahuja, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

## ORDER

Per Curiam:

Mr. Orlanda Rowe appeals the Boone County Circuit Court judgment denying his post-conviction relief motion following an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).